# UNITED STATES DISTRICT COURT
EVERETT McKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
CHICAGO, IL 60604

MICHAEL W. DOBBINS
CLERK

OFFICE OF THE CLERK



ENTERED
CLERK, U.S. DISTRICT COURT

AUG 2 5 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MI SC 05-97

Case No.: 00 C 2905

Boim, et al,,

v.

Quranic Literacy, et al,,



## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

I, Michael W. Dobbins, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 12/10/2004, as it appears in the records of this court, and that,

a  notice of appeal from this judgment has been filed on 3/28/2005 and that on 7/19/2005, Magistrate Judge Arlander Keys entered an order pursuant to 28 U.S.C. Section 1963 ordering the clerk to issue a certified copy of the judgment for the purposes of registering it in other districts.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on August 16, 2005.

Michael W. Dobbins
Court Administrator

By: Roberto A. Perez
Deputy Clerk



The motions listed in Rule 4(a) of the Federal Rules of Appellate Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

CERTIFIED COPY    (Rev. 7/98)

# United States District Court
## Northern District of Illinois
### Eastern Division

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District

of Illinois, do hereby attest and certify that the annexed document(s) is(are) a full, true,

and correct copy of the original(s) on file in my office and in my legal custody.

IN TESTIMONY WHEREOF:   I have hereunto

subscribed my name and affixed the seal of the

foresaid court at Chicago, Illinois, on      AUG 16 2005

MICHAEL W. DOBBINS, CLERK

By:  _____

Deputy Clerk

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2905 | **DATE** | 7/13/2005 |
| **CASE TITLE** | Boim vs. Quranic | | |

**DOCKET ENTRY TEXT:**

Enter order regarding Plaintiffs' motion for clarification of this court's prior order granting plaintiffs leave to register their judgment in other districts (#756). *AK*

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|

00C2905 Boim vs. Quranic

Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

STANLEY BOIM, Individually and as Administrator    )
of the Estate of David Boim, Deceased, and JOYCE   )
BOIM,                                              )
                                                   )
                  Plaintiffs,    )    Civil No. 00 C 2905
                                                   )
v.                                                 )    Magistrate Judge Arlander Keys
                                                   )
QURANIC LITERACY INSTITUTE, et al.,                )
                                                   )
                  Defendants.    )

### ORDER

This cause coming to be heard on Plaintiffs' Motion For Clarification of This Court's Prior Order Granting Plaintiffs Leave to Register Their Judgment In Other Districts, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1.    28 U.S.C. § 1963 allows this Court, upon a showing of good cause, to grant plaintiffs leave to register their judgment for enforcement in other judicial districts while an appeal is pending.

2.    The defendants lack sufficient assets within this judicial district to satisfy the judgment against them but have substantial assets in other judicial districts.

3.    This Court finds that good cause exists under 28 U.S.C. § 1963 to allow plaintiffs to register their judgment in this matter for enforcement in other judicial districts.

4.    Plaintiffs are hereby granted leave to register their judgment in this matter for enforcement in other judicial districts.

5.    The pending appeals of certain defendants in this matter do not preclude plaintiffs from registering their judgment.

6.     The office of the Clerk of the United States District Court for the Northern District of Illinois is directed to issue all paperwork necessary to certify plaintiffs' judgment, including a Certificate of Judgment for Registration in Another District (AO 451).

*Arlander Keys,  7/13/05*

ARLANDER KEYS
UNITED STATES MAGISTRATE JUDGE

**SERVICE LIST**
*BOIM, et al., v. QLI, et al.*
Civil No. 00 C 2905

SCANNED

*Co-Counsel for Plaintiffs*

Nathan Lewin, Esq.
Alyza D. Lewin, Esq.
LEWIN & LEWIN LLP
1828 L Street, N.W.
Suite 1000
Washington, DC 20036
PH: 202-828-1000
FX: 202-828-0909
nat@lewinlewin.com
alyza@lewinlewin.com

John M. Eubanks, Esq.
MOTLEY RICE, LLC
1615 L Street, N.W.
Suite 300
Washington, DC 20036
PH: 202-207-2920
jeubanks@motleyrice.com

*Counsel for Defendant, HLF*

John W. Boyd, Esq.
Nancy Hollander, Esq.
John Cline, Esq.
Zachary A. Ives, Esq.
FREEDMAN, BOYD, DANIELS, HOLLANDER,
  GOLDBERG & CLINE, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
PH: 505-842-9960
FX: 505-842-0761
jwb@fbdlaw.com

*Counsel for Defendants, AMS (d/b/a IAP) and IAP*

James R. Fennerty, Esq.
JAMES R. FENNERTY & ASSOCIATES, LLC
36 South Wabash Avenue, Suite 1310
Chicago, IL 60603
PH: 312-345-1704
FX: 312-422-0708
jfennerty@aol.com

Brendan Shiller, Esq.
LAW OFFICE OF BRENDAN SHILLER
36 South Wabash Avenue, Suite 1310
Chicago, IL 60603
PH: (312) 332-6462
FX: (312) 422-0708
shillerlaw@aol.com

*Counsel for Defendant, QLI*

John M. Beal, Esq.
53 West Jackson Boulevard
Suite 1108
Chicago, IL 60604
PH: 312-408-2766
FX: 312-408-2765
johnbeal@mcleodusa.net

*Counsel for Defendant Muhammad Salah*

Mary M. Rowland, Esq.
Matthew J. Piers, Esq.
Frederick S. Rhine, Esq.
GESSLER HUGHES SOCOL PIERS RESNICK
  & DYM, LTD.
Three First National Plaza, Suite 4000
Chicago, IL 60602
PH: 312-580-0100
FX: 312-580-1994
mrowland@ghsltd.com

*Counsel for Defendant, UASR*

Ashraf Nubani, Esq.
BUSCH & NUBANI, P.C.
5029-A Backlick Road
Annandale, VA 22003
PH: 703-658-5151
FX: 703-658-9200

Zuhair Nubani, Esq.
NUBANI & ASSOCIATES
30 North LaSalle Street
Suite 2850
Chicago, IL 60602
PH: 312-845-1006
FX: 312-845-1007

Stanley Cohen, Esq.
LAW OFFICES OF STANLEY COHEN
119 Avenue D
Third Floor
New York, NY 10009
PH: 212-979-7572

*Counsel for Defendant, AMELP*

Omar M. Ahmad
2713 Gentry Court
Santa Clara, CA 95051-1746

1495048-1

Case 1:00-cv-02905   Document 668   Filed 12/08/2004   Page 1 of 1

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

David Boim

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 00 C 2905

Quranic Literacy

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that  Jury returns verdict in favor of Plaintiffs and against the defendants Quaranic Literacy Institute, Holy Land Foundation for Relief and Development, Islamic Association for Palestine, American Muslim Society and Muhammed Abdul Hamid Khalil Salah in the amount of $52,000,000 (fifty-two million dollars).  The Court hereby triples the amount of the jury verdict to One Hundred Fifty Six Million Dollars ($156,000,000) plus the reasonable  attorneys fees and costs of this action.

**DOCKETED**

DEC 1 0 2004

Michael W. Dobbins, Clerk of Court

Date: 12/8/2004

Alicia Castillo, Deputy Clerk

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2905 | **DATE** | 12/14/2004 |
| **CASE TITLE** | | Boim vs. Quranic Literacy Institute | |

**MOTION:**   [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   Plaintiffs' Motion to Adopt Damages Awarded by the Jury Against Defaulted Defendants is granted in part, as set forth on the reverse side of this Order. The judgment is amended to include defaulting defendants AMELP and UASR, who are jointly and severally liable, along with the non-defaulting defendants, for the $156 million damage award. *AK*

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| ✓ | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| | Docketing to mail notices. |
| | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |

number of notices

date docketed

docketing deputy initials

12/14/2004
date mailed notice

**Document Number**

669

JD/ law Clerk   courtroom deputy's initials

Date/time received in central Clerk's Office

mailing deputy initials

(Reserved for use by the Court)

# ORDER

On May 12, 2000, Stanley and Joyce Boim sued Amjad Hinawi, the estate of Khalil Tawfiq Al-Sharif, Mousa Mohammed Abu Marzook, Mohammed Abdul Hamid Khalil Salah, the Quranic Literacy Institute ("QLI"), the Holy Land Foundation for Relief and Development ("HLF"), the Islamic Association for Palestine and the American Muslim Society (collectively, "IAP/AMS"), the American Middle Eastern League for Palestine ("AMELP"), and the United Association for Studies and Research ("UASR"). The Boims sought to hold the defendants liable under 18 U.S.C. §2333, which provides that "[a]ny national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors or heirs, may sue therefor in any appropriate district court of the United States and . . . recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees."

When Amjad Hinawi failed to answer the complaint, the district court, which retained the action against Mr. Hinawi, entered a default judgment against him based upon his failure to answer despite proper service.   On August 4, 2003, this Court entered default judgment against AMELP; on October 1, 2003, the Court entered default judgment against UASR based upon UASR's failure to comply with discovery.   The Court dismissed the case against Al-Sharif and Marzook based upon the plaintiffs' inability to effect proper service.

The Court issued its summary judgment rulings on November 10, 2004, finding HLF, IAP/AMS and Mr. Salah liable to the Boims as a matter of law, and finding that the question of QLI's liability, and the question of damages should go to a jury.  The case was tried to a jury beginning December 1, 2004, and the jury returned its verdict on December 8, 2004, finding QLI liable to the Boims and awarding total damages in the amount of $52 million. As mandated by the statute, the Court trebled the award and entered judgment against defendants HLF, IAP/AMS, QLI and Salah in the amount of $156 million.

Because of the nature of the Boims' injury and claim, all of the liable defendants are jointly and severally liable for that award; this is so whether the judgment against the defendants is the result of a default, based on rulings on summary judgment, or the result of the jury's verdict. See In re Uranium Trust Litigation, 617 F.2d 1248, 1257 (7th Cir. 1980); Northington v. Marin, 102 F.3d 1564, 1570 (10th Cir. 1996). Accordingly, the judgment is amended to include the defaulting defendants AMELP and UASR.   Simultaneously herewith, the Court is issuing a Report and Recommendation to District Judge George W. Lindberg that defendant Amjad Hinawi also be held liable for the entire damage award.

Order Form (01/2005)

Case 1:00-cv-02905   Document 691   Filed 02/18/2005   Page 1 of 1

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2905 | **DATE** | 2/18/2005 |
| **CASE TITLE** | | Boim vs. Quranic Literacy | |

**DOCKET ENTRY TEXT:**

Plaintiffs motion for leave to register judgment in other districts  (#684 ) is granted.  *AK*

Docketing to mail notices.

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

00C2905 Boim vs. Quranic Literacy

Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2905 | **DATE** | 2/18/2005 |
| **CASE TITLE** | Stanley Boim and Joyce Boim vs. Quranic Literacy Institute et al. | | |

**DOCKET ENTRY TEXT:**

The Judgment entered herein on December 8, 2004 is hereby amended to read as follows:

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs and against the Defendants Quranic Literacy Institute, Holy Land Foundation for Relief and Development, Islamic Association for Palestine, American Muslim Society, Amjad Hinawi, and Muhammed Abdul Hamid Khalil Salah in the amount of One Hundred and Fifty Six Million Dollars ($156,000,000.00). Defendants are jointly and severally liable to Plaintiffs for the amount of the damage award. This is a final and appealable Order. AK

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | FT |
|---|---|---|

Case 1:00-cv-02905 Document 692 Filed 02/25/2005 Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2905 | **DATE** | 2/25/2005 |
| **CASE TITLE** | | Boim vs. Quranic Literacy et al. | |

**DOCKET ENTRY TEXT:**

Plaintiffs' Motion to Amend Final Judgment is granted. The Amended Final Judgment issued herein on 2/18/05 is hereby further amended to reflect that final judgment is also entered against Defaulting Defendants American Middle Eastern League for Palestine ("AMELP") and the United Association for Studies and Research ('UASR'). Said Defendants are jointly and severally liable to Plaintiffs, along with the other Defendants named in the Amended Final Judgment, in the amount of One Hundred and Fifty Six Million Dollars ($156,000,000.00). *AK*

Notices mailed by Chambers Staff

| | Courtroom Deputy Initials: | FT |
|---|---|---|

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

F I L E D

MAR 2 4 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| STANLEY BOIM, Individually and as Administrator of the Estate DAVID BOIM, deceased, and JOYCE BOIM, <br> Plaintiffs, <br><br> v. <br><br> QURANIC LITERACY INSTITUTE and HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil No. 1:00-CV-2905

Magistrate Judge Keys

**DEFENDANT HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT'S
NOTICE OF APPEAL**

Notice is hereby given that Defendant Holy Land Foundation for Relief and Development hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Amended Final Judgment of February 25, 2005.

Respectfully submitted,

HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT

By _____
     One Of Its Attorneys
John W. Boyd
Nancy Hollander
Zachary A. Ives
Freedman Boyd Daniels
Hollander & Goldberg P.A.
20 First Plaza, Suite 700
Albuquerque, New Mexico  87102
(505) 842-9960

**PAID**
RECEIPT # 103005

MAR 2 4 2005

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certifies that he or she caused a true and correct copy of the foregoing **Defendant Holy Land Foundation for Relief and Development's Notice of Appeal** to be served via facsimile, upon the individuals identified in the attached Service List on this 23rd day of March, 2005.

## SERVICE LIST

**Counsel for Plaintiffs**
Stephen J. Landes
Richard M. Hoffman
Matthew M. Garrett
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229

Nathan Lewin
Alyza D. Lewin
LEWIN & LEWIN, LLP
1828 I. Street, N.W.
Suite 1000
Washington, D.C. 20036

**Counsel for Defendant United Association**
**for Studies and Research**
Ashraf Nubani, Esq.
BUSCH & NUBANI, P.C.
5029-A Backlick Road
Annandale, VA 22003

Zuhair Nubani, Esq.
LAW OFFICE OF ZUHAIR NUBANI
30 N. LaSalle Street, Suite 2850
Chicago, IL 60602

**Counsel for Defendants American**
**Muslim Society d/b/a Islamic Association**
**for Palestine in Chicago and American**
**Middle Eastern League**

James R. Fennerty, Esq.
JAMES R. FENNERTY & ASSOCIATES, LLC
36 South Wabash, Suite 1310
Chicago, IL 60603

Brendan Shiller
Law Office of Brendan Shiller
36 S. Wabash, Suite 1310
Chicago, IL 60603
fax: (312) 422-0708

Stanley Cohen, Esq.
LAW OFFICES OF STANLEY COHEN
119 Avenue D
3rd Floor
New York, NY 10009

**Counsel for Defendant Quranic**
**Literacy Institute**
John M. Beal
Attorney at Law
53 West Jackson Blvd.
Suite 1108
Chicago, IL 60604

**Counsel for Defendant Muhammad Salah**
Matthew J. Piers, Esq.
Mary M. Rowland, Esq.
Frederick S. Rhine, Esq.
GESSLER HUGHES SOCOL PIERS RESNICK &
DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, IL 60602-4205

SCANNED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**F I L E D**

**MAR 2 4 2005**  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SCANNED

| | | |
|---|---|---|
| STANLEY BOIM, Individually and<br>as Administrator of the Estate<br>DAVID BOIM, deceased, and<br>JOYCE BOIM,<br><br>    Plaintiffs,<br><br>  v.<br><br>QURANIC LITERACY INSTITUTE and<br>HOLY LAND FOUNDATION FOR RELIEF<br>AND DEVELOPMENT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:00-CV-2905<br><br>Magistrate Judge Keys |

## NOTICE OF FILING

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **Thursday, March 24, 2005,** the undersigned filed with

the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division,

219 S. Dearborn Street, Chicago, Illinois, **Defendant Holy Land Foundation for Relief and**

**Development's Notice of Appeal,** a copy of which is attached and hereby served upon you.

Respectfully submitted,

HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT

By _____
  One Of Its Attorneys
John W. Boyd
Nancy Hollander
Zachary A. Ives
Freedman Boyd Daniels
Hollander & Goldberg P.A.
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
(505) 842-9960

## CERTIFICATE OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certifies that he or she caused a true and correct copy of the foregoing **Defendant Holy Land Foundation for Relief and Development's Notice of Appeal** to be served via facsimile, upon the individuals identified in the attached Service List on this 23rd day of March, 2005.

SCANNED

## SERVICE LIST

SCANNED

**Counsel for Plaintiffs**
Stephen J. Landes
Richard M. Hoffman
Matthew M. Garrett
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229

Nathan Lewin
Alyza D. Lewin
LEWIN & LEWIN, LLP
1828 L Street, N.W.
Suite 1000
Washington, D.C. 20036

**Counsel for Defendant United Association
for Studies and Research**
Ashraf Nubani, Esq.
BUSCH & NUBANI, P.C.
5029-A Backlick Road
Annandale, VA 22003

Zuhair Nubani, Esq.
LAW OFFICE OF ZUHAIR NUBANI
30 N. LaSalle Street, Suite 2850
Chicago, IL 60602

**Counsel for Defendants American
Muslim Society d/b/a Islamic Association
for Palestine in Chicago and American
Middle Eastern League**

James R. Fennerty, Esq.
JAMES R. FENNERTY & ASSOCIATES, LLC
36 South Wabash, Suite 1310
Chicago, IL 60603

Brendan Shiller
Law Office of Brendan Shiller
36 S. Wabash, Suite 1310
Chicago, IL 60603
fax: (312) 422-0708

Stanley Cohen, Esq.
LAW OFFICES OF STANLEY COHEN
119 Avenue D
3rd Floor
New York, NY 10009

**Counsel for Defendant Quranic
Literacy Institute**
John M. Beal
Attorney at Law
53 West Jackson Blvd.
Suite 1108
Chicago, IL 60604

**Counsel for Defendant Muhammad Salah**
Matthew J. Piers, Esq.
Mary M. Rowland, Esq.
Frederick S. Rhine, Esq.
GESSLER HUGHES SOCOL PIERS RESNICK &
DYM, LTD.
70 West Madison Street, Suite 4000
Chicago, IL 60602-4205

IN THE UNITED STATES DISTRICT COURT FOR THE **FILED**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 2 5 2005

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

STANLEY BOIM, Individuallly and as )
Administrator of the Estate of )
David Boim, deceased, and JOYCE BOIM, )
)
Plaintiffs, )      No. 00 C 2905
)
v. )
)      Judge Arlander Keys
QURANIC LITERACY INSTITUTE, )
et al., )
)
Defendants. )

### DEFENDANT QURANIC LITERACY INSTITUTE'S NOTICE OF APPEAL

Notice is hereby given that Quranic Literacy Institute, defendant in the

above named action, appeals to the United States Court of Appeals for the

Seventh Circuit from the final judgement in this case that was docketed on

February 25, 2005, and from an order of November 17, 2004, denying

defendant Quranic Literacy Institute's Motion to Continue Trial Date and from

an order of November 24, 2004, denying defendant Quranic Literacy Institute's

Motion for Certificate of Appealability with respect to the denial of the motion to

continue the trial date.

Respectfully submitted,

Attorney for Defendant
Quranic Literacy Institute

John M. Beal, Attorney at Law
53 W. Jackson Blvd., Suite 1108
Chicago, IL 60604
(312) 408-2766

**PAID**
RECEIPT # 10526029

MAR 2 5 2005

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**FILED**

MAR 2 5 2005    NF,

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SCANNED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| STANLEY BOIM, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 00 C 2905 |
| | ) | |
| v. | ) | |
| | ) | Judge Arlander Keys |
| QURANIC LITERACY INSTITUTE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:    See Attached Service List

Please take notice that on March 25, 2005, I caused to be filed in the United States District Court for the Northern District of Illinois, Eastern Division, the attached **DEFENDANT QURANIC LITERACY INSTITUTE'S NOTICE OF APPEAL**, a copy of which is hereby served upon you.

Attorney for Defendant

John M. Beal
Attorney at Law
53 W. Jackson Blvd., Suite 1108
Chicago, IL 60604
(312) 408-2766

### CERTIFICATE OF SERVICE

I, John M. Beal, attorney, certify that I caused a copy of the attached **DEFENDANT QURANIC LITERACY INSTITUTE'S NOTICE OF APPEAL** and Notice of Filing to be served upon the individual(s) listed above by depositing in the United States Postal Service box at 53 W. Jackson Blvd., Chicago IL 60604, proper postage prepaid, before 5:00 p.m. on March 25, 2005.

Executed on March 254, 2005

John M. Beal

SERVICE LIST

BOIM, et. al., v. QURANIC LITERACY INSTITUTE, et al., No. 00 C 2905

Counsel for Plaintiffs

Stephen J. Landes
Richard M. Hoffman
Wildman Harrold Allen & Dixon
225 W. Wacker Drive, Suite 2800
Chicago IL 60606

Counsel for defendant HOLY LAND FOUNDATION FOR RELIEF AND
DEVELOPMENT

John Boyd
Nancy Hollander
Zachary Ives
Freedman Boyd Daniels Hollander Goldberg & Cline P.A.
(20 First Plaza, Suite 700)
P O Box 25326
Albuquerque, New Mexico 87125-0326

Counsel for defendant MUHAMMAD SALAH

Matthew J. Piers
Mary M. Rowland
Jonathan A. Rothstein
Gessler, Hughes, Socol, et al.
Three First National Plaza, Suite 4000
Chicago, IL 60602

Counsel for defendants AMERICAN MUSLIM SOCIETY *D/B/A* ISLAMIC
ASSOCIATION FOR PALESTINE IN CHICAGO and
AMERICAN MIDDLE EASTERN LEAGUE

James R. Fennerty
James R. Fennerty & Associates, LLC
36 South Wabash, Suite 1310
Chicago, IL 60603